UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANEISHA MERRITT-ROJAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE MOVES,<br><br>　　　　Defendant. | Case No. 23-cv-04383-NC<br><br>**ORDER TO SHOW CAUSE AS TO WHY PLAINTIFF'S CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: ECF 5 |

On September 6, 2023, the Court issued a screening order granting Plaintiff's application to proceed in forma pauperis. The Court also granted Plaintiff leave to file an amended complaint by October 6, 2023. As of the date of this Order, Plaintiff has failed to file an amended complaint. Plaintiff is therefore ordered to file a written response by October 20, 2023, explaining why this case should not be dismissed for failure to prosecute. The Court reminds Plaintiff that the Federal Pro Se Program provides free, limited-scope legal assistance. The Federal Pro Se Program is available by phone appointment at (408) 297-1480. Written resources are available online at http://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: October 11, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　United States Magistrate Judge