# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TANEISHA MERRITT-ROJAS, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>LIFE MOVES, <br><br>    Defendant. | Case No. 23-cv-04383-BLF <br><br>**ORDER TO SHOW CAUSE** |

On November 27, 2023, the Court issued an order screening Plaintiffs' first amended complaint. ECF No. 11. The Court directed Plaintiffs to file an amended complaint curing the deficiencies identified in the screening order no later than January 3, 2024. Plaintiffs have failed to file an amended complaint. Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE, in writing and no later than January 18, 2024, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 4, 2024

_____
BETH LABSON FREEMAN
United States District Judge