# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TANEISHA MERRITT-ROJAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE MOVES,<br><br>Defendant. | Case No. 23-cv-04383-BLF<br><br>**ORDER DISMISSING FOR FAILURE TO PROSECUTE** |

On November 27, 2023, the Court issued an order screening Plaintiffs' first amended complaint, which directed Plaintiffs to file an amended complaint curing the deficiencies identified in that order no later than January 3, 2024. ECF No. 11. After Plaintiffs failed to do so, the Court issued an order to show cause why the case should not be dismissed for failure to prosecute, which directed Plaintiffs to respond no later than January 18, 2024. ECF No. 12. Because Plaintiffs have failed to respond, this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with the Court's deadlines.

**IT IS SO ORDERED.**

Dated: January 19, 2024

_____
BETH LABSON FREEMAN
United States District Judge